JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARCELO GOMEZ,

    Plaintiff,

    v.

BAGEL EXCHANGE LLC; CHUNG MING LAU; and DOES 1 to 10,

    Defendants.

Case No. 2:26-cv-04191-AB (MBKx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

Dated:  June 23, 2026

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1